■■ In the Matter of LATRESE M. and Others, Infants. ERIE COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; LESLIE M., Appellant, et al., Respondent. [721 NYS2d 302] —Order unanimously affirmed without costs for reasons stated in decision at Erie County Family Court, Townsend, J. (Appeal from Order of Erie County Family Court, Townsend, J.—Terminate

Parental Rights.) Present—Pine, J. P., Hurlbutt, Scudder, Kehoe and Burns, JJ.